NO. PD-0463-15

KIRT ALLEN ESTHAY
        APPellanT;

V.

THE STATE OF TEXAS
        APPellee

COURT OF CRIMINAL
APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 08 2015

Abel Acosta, Clerk

## MOTION FOR ORDER FROM COURT:

APPellant, KIRT Allen EsTHAY, ProSE In SAID AND NUMBERED CAUSE, RESPECTFUlly REQUEST THIS COURT TO HEAR THIS MoTion To OBTAIN DocuMENTS of his charges at time of being Jailed.

Comming out of causes No, DAS-13-01849 and the RuNNELS CouNTY JAIL At 200 SOUTH HICKORY HIll, BALLINGER TEXAS 76821:

DocuMENTs To BE OBTAINED, APPellaNTs CHARGES ON AuGuST 24, 2013; And COMMING OUT OF HIS ARREST OUT OF CAUSES No. DAS-13-01849; AUGUST 25, 2013 HIS Book-In REPORT AS WEll AS HIS COURT PROCEEDINGS WHILE AT THE RuNNELS CouNTY JAIL ON AUGUST 27, 2013, aswELL as the PROCEEDINGS ON AUGUST 29, 2013, AS All ARE PRONENT To Cause, PD-0463-15 but COMMING From HIS TRIAL, CAUSE No. DAS-13-01849: SEE; ARTICLE 40.001 of GOVERNMENT RULES OF PRACTICE:

APPellaNT will SHOW THIS COURT THE FOLLOWING IN PuRSuIT OF HIS FIFTH 5TH AMENDMENT RIGHT TO DuE PROCESS:

FILED IN
COURT OF CRIMINAL APPEALS

OCT 08 2015

Abel Acosta, Clerk

## I.

JURISDICTION OF THE COURT IS INVOKED PURSUANT TO VERIVOUS ANNOTED TEXAS GOVERNMENT CODES; § 552.203 AND § 552.223 RULES OF THE TEXAS GOVERNMENT RULES OF PRACTICE IN DISTRICT AND COUNTY COURTS; ARTICE § 40.01 ET. SEQ. OF THE TEXAS CODE OF CRIMINAL PROCEDURES:

THE PRIVACY ACT U.S.C.A. 552(B) OF THE TEXAS OPEN RECORDS ACT (TORA); AND RULES 34.5, 34.6 AND 53(1)(2) OF THE TEXAS RULES OF APPELLATE PROCEDURE AND ALL CASES CITED INFRA.

## II.

APPELLANT brings THIS MOTION BEFORE THE HONORABLE COURT FOR THE DOCUMENTS MENTIONED ABOVE TO FURTHER PROVE HIMSELF IN HIS PPE-DISCRETIONARY REVIEW, CAUSE No. PD-0463-15 AND WILL DECLARE IN THIS MOTION THAT HE IS INDIGENT AND SEEK THESE RECORDS IN FORMA PAUPERIS THROUGH THIS COURT:

To IMPOSE A FINCIAL BURDEN UPON AN INDIGENT PRISONER OF THE STATE OF TEXAS FOR THE EXERCISE OF A STATE AND FEDERAL RIGHT TO SUE FOR HIS LIBERTY IS TO DENY THAT PRISONER OF HIS STATE AND FEDERAL CONSTITUTIONAL RIGHTS OF EQUAL PROTECTION OF THE LAW, AND WOULD BE A (DIRECT) VIOLATION OF HIS FOURTEENTH AMENDMENT U.S.C.A. (14).

IN ABNOR V. STATE, 712 S.W. 2d 136, 140... THE SUPREME COURT OF APPEALS FOR TEXAS HEID THAT ONCE AVENUE OF APPELLATE REVIEW ARE ESTABLISHED THEY MUST BE KEPT FREE OF UNREASONED DISTINCTION, THAT CAN ONLY IM-PEDE OPEN EQAL ACCESS TO COURTS.

THE COURT HAS DUTY UNDER VERNONS ANNOTED TEXAS GOVERNMENT CODES 552.203 AND 552.223 TO DUTIFULLY ACT UPON AN APPLICATION FOR PUBLIC RECORDS.

### III.

PETITIONER HAS WROTE THE SHERIFF <u>WILLIAM BAIRD</u> REQUESTING SUCH RECORDS AND WAS SENT RECORDS ONLY SHOWING THE DATES AUGUST 29, 2013; APPELLENT HAD BEEN ARREST AND JAIDED AUGUST 24, 2013, NOT AUGUST THE 29 2013, SEE CLERK RECORDS PAGES 7 AND 8:

PETITIONER CONTENDS THE NEED FOR THESE DOCUMENTS ENTITLED HIM THE SAME AND SAID RECORDS ARE IMPERATIVE TO PRESENT HIS CASE IN LIGHT MOST FAVORABLE TO HIS CAUSE. WITHOUT THESE RECORDS HE CANNOT PROVE HIS INNOCENCE TO A HIGHER COURT OF TO THE COURT AT HAND.

PETITIONER IS ENTITLED TO THE EQUAL PROTECTIONS AND DUE PROCESS OF LAW WHICH PROTECTS AND REQUIRES THE STATE TO FURNISH AN INDIGENT PRISONER SUCH RECORDS WITHOUT CHARGE. SEE, UNITED STATES V. GLESS, 317 F2d 200 (1963)

THE FOURTEENTH AMENDMENTS DUE PROCESS GUARANTEE OF FUNDAMENTAL FAIRNESS, REQUIRES THE STATE TO PROVIDE A CRIMINAL DEFENDANT WITH THE OPPORTUNITY TO PARTICIPATE MEANINGFULLY IN A JUDICIAL PROCEEDING IN WHICH HIS LIBERTY IS AT STAKE. SEE; <u>AKER V. OKLAHOMA</u>, 470 U.S. AT 76; 105 S.CT: 1098 Also, THE SUPREME COURT CLEARLY STATED:

It IS A CRIMINAL DEFENDANTS ACCESS TO HIS RECORDS WHICH MAKE ANY APPELLATE REVIEW MEANINGFUL.. SEE <u>GARNER V. CALIFORNIA</u>, 89 S.CT. AT 581 (1969)

## PRAY

WHEREFORE, PREMISES CONSIDERED PETITIONER RECPECTFUlly MOVES THE HONORABLE COURT TO GRANT THIS MOTION IN ALL REGARDS. WHICH WILL ENABLE HIM TO PREPARE IN SUIT OF HIS LIBERTY.

DATED: 09/28/2015

RESPECTFUlly SUBMITTED,

Kirt Allen Esthay

APPELLANT, PRO SE

TDCJ NO. 1919078

## CERTIFICATE OF SERVICE

I KIRT ALLEN ESTHAY, PRO SE HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE MOTION WAS SERVED ON MR GEORGE McCREA OF THE 119TH DISTRICT ATTORNEY, BY PLACING A COPY IN THE U.S. MAIL ADDRESSED TO 124 WEST BEAUREGRD SAN ANGELO TEXAS 76903, ON THIS THE 28TH OF SEPTEMBER 2015

SINCERELY,

Kirt Allen Esthay

TDCJ NO. 1919078

KIRT ALLEN ESTHAY

3060 F.M. 3514

BEAUMONT, TX 77705

# NOTICE

## INMATE NOTARY PUBLIC SERVICE

Under both Federal Law (28 U.S.C. § 1746) and State Law (V.T.C.A. Civil Practice & Remedies Code, & 132.001-132.003), inmate incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, clarification, oath, or affidavit sworn before a Notary Public. An example of an unsworn declaration is as follows:

## Unsworn Declaration

I, Offender KIRT ALLEN ESTHAY , TDCJ Number 1919078

am presently incarcerated at the Mark W. Stiles Unit of the Texas Department of Criminal Justice in Jefferson County, Texas declare under penalty of perjury that the above is true and correct.

Signed on the __28TH__ day of SEPTEMBER, 20 15 .

KIRT ALLEN ESTHAY
Printed Name

Kirt Allen Esthay
Signature

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE      09/28/15
ST55/LS00069              IN-FORMA-PAUPERIS DATA                10:06:02
TDCJ#: 01919078 SID#: 03648254 LOCATION: STILES      INDIGENT DTE: 05/27/14
NAME: ESTHAY,KIRT ALLEN                    BEGINNING PERIOD: 03/01/15
PREVIOUS TDCJ NUMBERS: 01434500 01520714
CURRENT BAL:        0.00 TOT HOLD AMT:       0.00 3MTH TOT DEP:      0.00
6MTH DEP:           0.00 6MTH AVG BAL:       0.00 6MTH AVG DEP:      0.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS  MONTH HIGHEST BALANCE TOTAL DEPOSITS
08/15      0.00            0.00        05/15      0.00            0.00
07/15      0.00            0.00        04/15      0.00            0.00
06/15      0.00            0.00        03/15      0.00            0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF Jefferson
ON THIS THE 28th DAY OF September, 15, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: 1919078 OR SID NUMBER: _____



STEPHANIE LUTE
Notary Public, State of Texas
My Commission Expires
03/03/2018
Notary without Bond